UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:

W W Contractors, Inc.          CASE No. 20-10840-NVA
                               Chapter 7

             Debtor

## AMENDED SCHEDULE F OF UNSECURED DEBTS

Warren J. Wiggins, President of the debtor, W W Contractors, Inc., hereby amends its Schedule F of unsecured debts to add creditors and to correct the amounts owed to previously-scheduled creditors:

| Creditor | Amount |
|---|---|
| Binswanger Enterprises, LLC<br>965 Ridge Lake Blvd.<br>Memphis, TN  38120 | $4,966.85 |
| Terminix International<br>10715 Red Run Blvd.<br>Owings Mills, MD 21117 | $621.50 |
| Sunbelt Rentals, Inc.<br>P. O. Box 409211<br>Atlanta, GA 30384-9211 | $3,563.01 |
| BG&E<br>110 W. Fayette St.,<br>Baltimore, MD. 21201 | $1,350,00 |
| Canon<br>4100 Fairfax Dr.<br>Suite 200<br>Arlington, Va.  22203 | $1967.00 |
| BCS (Building Control and Services<br>1730 E. Douglas<br>Wichita, KS 67214 | $12,683.05 |
| Stanley Security<br>65 Scott Swamp Road<br>Farmington, CT 06032 | $2,384.61 |

Nationwide Credit                    $1689.00
5503 Cherokee Ave.
Alexandria, VA 22312

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Warren J. Wiggins, President of the debtor, declare under penalty of perjury that the foregoing amendment of Schedule F is true and correct to the best of my knowledge, information and belief.

W W Contractors, Inc.

| | |
|---|---|
| 02/20/2020 | /s/   Warren J. Wiggins, President |
| Date | By: Warren J. Wiggins, President |

### CERTIFICATE OF MAILING

I hereby certify that on this 20th day of February, 2020, that a copy of the foregoing Mended Schedule F was served electronically or mailed first class, postage prepaid to:

Gerard R. Vetter, Esquire
Assistant U. S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770
gerard.r.vetter@usdoj.gov,

Sunbelt Rentals, Inc.
P. O. Box 409211
Atlanta, GA 30384-9211

Binswanger Enterprises, LLC
965 Ridge Lake Blvd.
Memphis, TN 38120

Terminix International
10715 Red Run Blvd.
Owings Mills, MD 21117

BG&E
110 W. Fayette St.,
Baltimore, MD. 21201

Nationwide Credit
5503 Cherokee Ave.
Alexandria, VA 22312

/s/ Marc R. Kivitz
Marc R. Kivitz
Trial Bar No. 02878
Suite 1330
201 North Charles Street
Baltimore, Maryland 21201
(410) 625-2300
Facsimile: (410) 567-0140
Email: mkivitz@aol.com
Attorney for debtor

WW CONT : SCH F AMD