| Fill in this information to identify the case: | |
|---|---|
| Debtor name | W W Contractors, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 20-10840-NVA |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  1, 2020**          X **/s/ Warren J. Wiggins**
                                          Signature of individual signing on behalf of debtor

                                          **Warren J. Wiggins**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | W W Contractors, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | 20-10840-NVA |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Arkansas State Income Tax**<br>**P. O. Box 1000**<br>**Little Rock, AR 72203-1000**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**P. O. Box 8888**<br>**Annapolis, MD 21401-8888**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__8__) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | W W Contractors, Inc. | | Case number (if known) | 20-10840-NVA |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Department of Revenue**<br>P. O. Box 280407<br>MA 01712-8000 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Department of the Treasury**<br>**Internal Revenue Service**<br>Austin, TX 73301-0002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Division of Revenue**<br>P. O. Box 8710<br>Wilmington, DE 19899-8710 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $10.00 |
|---|---|---|---|---|
| | **Louisiana Department of Revenue**<br>Post Office Box 201<br>Baton Rouge, LA 70821-0201 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | W W Contractors, Inc. | Case number (if known) | 20-10840-NVA |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address<br>**Revenue Department**<br>**P. O. Box 25122**<br>**Santa Fe, NM 87504-5122** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50.00 | $50.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.8 | Priority creditor's name and mailing address<br>**State of New Jersey**<br>**Division of Taxation**<br>**Revenue Processing Center**<br>**P. O.Box 543**<br>**Trenton, NJ 08646-0643** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,125.00 | $1,125.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**A.R.C. Power-Line Construction, LLC**<br>**6551-4 Seven Rivers Hwy**<br>**Roswell, NM 88201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $243.70 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Admiral Elevator Company**<br>**P. O. Box 62513**<br>**Baltimore, MD 21264-2513** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $92,545.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Emcor Services**<br>**643 Lofstrand Lane**<br>**Rockville, MD 20850** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $668.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | W W Contractors, Inc. | Case number (if known) | 20-10840-NVA |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Empire Funding<br>505 Park Avenue<br>Baltimore, MD 21201<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $38,000.00 |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Mac's Restoration LLC<br>237 Old River Road<br>Wilkes Barre, PA 18702<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $510.15 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Suddenlink Communications<br>44470 Chilum Place<br>Ashburn, VA 20147<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | A.R.C. Power-Line Construction, LLC<br>6551-4 Seven Rivers Hwy<br>Artesia, NM 88210 | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Admiral Elevator Company<br>900 N. Lehigh Street<br>#1<br>Baltimore, MD 21205 | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Emcor Services<br>4420 Lottsford Vista Road<br># 1<br>Lanham, MD 20706 | Line **3.3**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Empire Funding<br>1022 Avenue M<br>Brooklyn, NY 11230 | Line **3.4**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | Empire Funding<br>25 Melville Park Road<br>#105<br>Melville, NY 11747 | Line **3.4**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | J. Stephen Simms, Esquire<br>Simms Showers LLP<br>201 International Circle<br>Suite 250<br>Cockeysville, MD 21030 | Line **3.2**<br>☐ Not listed. Explain ____ | __ |

| Debtor | W W Contractors, Inc. | Case number (if known) | 20-10840-NVA |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Mac's Restoration LLC**<br>**10 Butler Street**<br>**Wilkes Barre, PA 18710-2000** | Line  3.5<br>☐   Not listed. Explain ____ | _ |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.   $ | 1,185.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 131,966.85 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c.   $ | 133,151.85 |

# United States Bankruptcy Court
## District of Maryland

In re  **W W Contractors, Inc.**　　　　　　　　　　　　　　Case No.　**20-10840-NVA**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter　**7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 1, 2020**　　　　　　　　　　　**/s/ Warren J. Wiggins**
　　　　　　　　　　　　　　　　　　　　　**Warren J. Wiggins**/**President**
　　　　　　　　　　　　　　　　　　　　　Signer/Title