**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re: WW Contractors, Incorporated §   Case No. 20-10840-NVA
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Morgan W. Fisher, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $28,350.00<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:  $73,360.07 | Claims Discharged<br>Without Payment:  N/A |
| Total Expenses of Administration:  $16,325.93 | |

3) Total gross receipts of $89,686.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $89,686.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,570,000.00 | $3,156,130.74 | $2,940,489.64 | $73,360.07 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $22,770.93 | $16,325.93 | $16,325.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,185.00 | $971,575.60 | $971,575.60 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,263,218.66 | $3,692,709.01 | $3,692,709.01 | $0.00 |
| **TOTAL DISBURSEMENTS** | $6,834,403.66 | $7,843,186.28 | $7,621,100.18 | $89,686.00 |

4) This case was originally filed under chapter 7 on 01/22/2020.  The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:     09/01/2021                          By: /s/ Morgan W. Fisher
                                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R 90 days old or less. Face amount = $5,500.00. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $63,268.93 |
| BUSINESS-RELATED PROPERTY | 1229-000 | $17,997.00 |
| United Healthcare Insurance Premium Rebate | 1229-000 | $8,420.07 |
| **TOTAL GROSS RECEIPTS** | | **$89,686.00** |
| [1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes. | | |

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | First National Bank of Pennsylvania c/o David Fontana Gebhardt & Smith LLP | 4210-000 | $2,570,000.00 | $2,574,778.99 | $2,574,778.99 | $64,236.23 |
| 5 | First National Bank of Pennsylvania c/o David Fontana Gebhardt & Smith LLP | 4210-000 | NA | $365,710.65 | $365,710.65 | $9,123.84 |
| 56 | OnDeck Capital | 4210-000 | NA | $215,641.10 | $0.00 | $0.00 |
| N/F | C T Corporation System | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Cororation Service Company | 4210-000 | $0.00 | NA | NA | NA |
| N/F | FINANCIAL AGENT SERVICES | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Forward Financing LLC | 4210-000 | $0.00 | NA | NA | NA |
| N/F | ML Factors Funding LLC | 4210-000 | $0.00 | NA | NA | NA |
| N/F | Premium Business Solutions Inc | 4210-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$2,570,000.00** | **$3,156,130.74** | **$2,940,489.64** | **$73,360.07** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Morgan W. Fisher | 2100-000 | NA | $7,000.00 | $7,000.00 | $7,000.00 |
| Bond Payments - BOND | 2300-000 | NA | $52.81 | $52.81 | $52.81 |
| Banking and Technology Service Fee - East West Bank | 2600-000 | NA | $1,273.12 | $1,273.12 | $1,273.12 |
| Attorney for Trustee Fees (Other Firm) - Joseph Bellinger | 3210-000 | NA | $14,445.00 | $8,000.00 | $8,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$22,770.93** | **$16,325.93** | **$16,325.93** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | ITPEU Pension Fund c/o Susan A. Murray Freedman & Lorry, PC | 5400-000 | NA | $44,000.00 | $44,000.00 | $0.00 |
| 7P | ITPEU Pension Fund c/o H. David Kelly Beins, Axelrod, P.C. | 5400-000 | NA | $44,000.00 | $44,000.00 | $0.00 |
| 8P | ITPEU Health & Welfare Fund c/o H. David Kelly, Jr. Beins, Axelrod, P.C. | 5400-000 | NA | $87,333.75 | $87,333.75 | $0.00 |
| 20-2 | Baltimore County, Maryland | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 21P | Internal Revenue Service | 5800-000 | $0.00 | $26,372.24 | $26,372.24 | $0.00 |
| 31-2 | Robert DeAntonio | 5400-000 | NA | $138,039.00 | $138,039.00 | $0.00 |
| 32 | Deputy County Attorney Sabrina Chase, Esquire | 5800-000 | NA | $682.46 | $682.46 | $0.00 |
| 35 | Harry Kirby | 5400-000 | NA | $0.00 | $0.00 | $0.00 |
| 54P | Michael A. Crabtree c/o Charles W. Gilligan, Esquire | 5400-000 | NA | $126,750.00 | $126,750.00 | $0.00 |
| 67 | US Department of Labor Employee Benefits Security Admin. | 5400-000 | NA | $504,398.15 | $504,398.15 | $0.00 |
| N/F | Arkansas State Income Tax | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Comptroller of Maryland | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Department of Revenue | 5800-000 | $0.00 | NA | NA | NA |
| N/F | Division of Revenue | 5800-000 | $0.00 | NA | NA | NA |

| N/F | Louisiana Department of Revenue | 5800-000 | $10.00 | NA | NA | NA |
|-----|--------------------------------|----------|--------|-----|-----|-----|
| N/F | Revenue Department | 5800-000 | $50.00 | NA | NA | NA |
| N/F | State of New Jersey | 5800-000 | $1,125.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$1,185.00** | **$971,575.60** | **$971,575.60** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Admiral Elevator Company | 7100-000 | $92,545.00 | $187,067.00 | $187,067.00 | $0.00 |
| 2 | Steinman Holdings LLC d/b/a Donald Steinman Electr | 7100-000 | NA | $42,679.10 | $42,679.10 | $0.00 |
| 3 | Firetron, Inc. | 7100-000 | $34,416.34 | $114,914.05 | $114,914.05 | $0.00 |
| 6U | ITPEU Pension Fund c/o Susan A. Murray Freedman & Lorry, PC | 7100-000 | $0.00 | $67,319.25 | $67,319.25 | $0.00 |
| 7U | ITPEU Pension Fund c/o H. David Kelly Beins, Axelrod, P.C. | 7100-000 | NA | $13,743.32 | $13,743.32 | $0.00 |
| 8U | ITPEU Health & Welfare Fund c/o H. David Kelly, Jr. Beins, Axelrod, P.C. | 7100-000 | $0.00 | $23,985.50 | $23,985.50 | $0.00 |
| 9 | Canon Financial Services, Inc | 7100-000 | $0.00 | $8,866.88 | $8,866.88 | $0.00 |
| 10 | Mustang Rental Services Attn: Collections | 7100-000 | $415.98 | $1,483.21 | $1,483.21 | $0.00 |
| 11 | First National Bank of Pennsylvania c/o David Fontana Gebhardt & Smith LLP | 7100-000 | NA | $12,334.34 | $12,334.34 | $0.00 |
| 12 | Advanced Power Control Inc DBA Albireo Energy | 7100-000 | $2,908.66 | $26,606.32 | $26,606.32 | $0.00 |
| 13 | Mara Restoration, Inc. Alexander F. Barth, Esquire Cohen, Seglias, Pallas, Greenhall & Furman | 7100-000 | $19,575.00 | $27,452.32 | $27,452.32 | $0.00 |
| 14 | Harcon Mechanical Contractors | 7100-000 | $14,343.00 | $15,031.00 | $15,031.00 | $0.00 |

| 15 | T Mobile/T-Mobile USA Inc by American InfoSource as agent | 7100-000 | $16,200.00 | $11,380.03 | $11,380.03 | $0.00 |
|---|---|---|---|---|---|---|
| 16 | RD3, Inc. | 7100-000 | $5,084.88 | $8,885.14 | $8,885.14 | $0.00 |
| 17 | The Anchor Group, Inc. | 7100-000 | $4,720.75 | $1,242.50 | $1,242.50 | $0.00 |
| 18-2 | Shades of Green | 7100-000 | $60,542.50 | $40,104.50 | $40,104.50 | $0.00 |
| 19 | Image360 | 7100-000 | $11,048.20 | $11,048.20 | $11,048.20 | $0.00 |
| 21U | Internal Revenue Service | 7300-000 | NA | $19,535.84 | $19,535.84 | $0.00 |
| 22 | C-3 Technologies, LLC | 7100-000 | $6,430.58 | $6,430.58 | $6,430.58 | $0.00 |
| 23 | Washington Refrigeration Co., Inc. | 7100-000 | $5,395.00 | $5,395.00 | $5,395.00 | $0.00 |
| 24 | Servpro of Crowley & South Johnson County | 7100-000 | $3,516.61 | $2,596.25 | $2,596.25 | $0.00 |
| 25 | VSC Fire & Security, Inc. | 7100-000 | NA | $5,765.08 | $5,765.08 | $0.00 |
| 26 | American Sprinkler Company, Inc. | 7100-000 | $410.00 | $410.00 | $410.00 | $0.00 |
| 27 | Backflow Technology, LLC | 7100-000 | $1,120.00 | $1,120.00 | $1,120.00 | $0.00 |
| 28 | LanYap Pest Control, Inc. | 7100-000 | $900.00 | $2,340.00 | $2,340.00 | $0.00 |
| 29 | Letsos Company | 7100-000 | $0.00 | $66,175.70 | $66,175.70 | $0.00 |
| 30 | Control and Instrument Services | 7100-000 | $5,520.00 | $5,520.00 | $5,520.00 | $0.00 |
| 33 | Pearlex Machine & Pump Repair | 7100-000 | $3,998.01 | $0.00 | $0.00 | $0.00 |
| 34 | Rudd Safety Co., Inc. | 7100-000 | $10,767.12 | $10,767.12 | $10,767.12 | $0.00 |
| 36 | Robert F. Kelly | 7100-000 | NA | $33,440.00 | $33,440.00 | $0.00 |
| 37 | F.W. Walton, Inc. | 7100-000 | $2,790.00 | $2,790.00 | $2,790.00 | $0.00 |
| 38 | PJM Mechanical Contractors, Inc. | 7100-000 | $4,290.00 | $8,385.00 | $8,385.00 | $0.00 |

| 39 | Johnson Controls, Inc. | 7100-000 | $4,374.31 | $19,805.53 | $19,805.53 | $0.00 |
|---|---|---|---|---|---|---|
| 40 | JMS Integrated Building Solutions | 7100-000 | $8,600.00 | $8,600.00 | $8,600.00 | $0.00 |
| 41 | Comfort Systems USA (South Central), Inc. c/o J D herberger & Associates, PC | 7100-000 | $44,170.48 | $44,170.48 | $44,170.48 | $0.00 |
| 42-2 | Qwest Corporation dba CenturyLink QC Centurylink, Inc | 7100-000 | $1,625.33 | $1,180.07 | $1,180.07 | $0.00 |
| 43 | NEW & ASSOCIATES, LLC | 7100-000 | $6,500.00 | $6,500.00 | $6,500.00 | $0.00 |
| 44 | TTI Environmental Incorporated | 7100-000 | $29,679.54 | $29,679.54 | $29,679.54 | $0.00 |
| 45 | Naughton Energy Corp | 7100-000 | $5,336.07 | $5,336.07 | $5,336.07 | $0.00 |
| 46 | American Express Travel Related Services Company, Inc. c/o Becket and Lee LLP | 7100-000 | $412,000.00 | $420,369.58 | $420,369.58 | $0.00 |
| 47 | Baltimore Gas and Electric Co | 7100-000 | $1,350.00 | $265.12 | $265.12 | $0.00 |
| 48 | FPS Fire Sprinkler, LLC | 7100-000 | $12,890.00 | $12,890.00 | $12,890.00 | $0.00 |
| 49 | Associated Landscape Services | 7100-000 | $22,016.51 | $27,752.52 | $27,752.52 | $0.00 |
| 50 | First National Bank of Pennsylvania Jillian Nolan Snider Tucker Arensberg, P.C. | 7100-000 | NA | $809,984.64 | $809,984.64 | $0.00 |
| 51 | Pitney Bowes Inc | 7100-000 | NA | $773.80 | $773.80 | $0.00 |
| 52 | Pitney Bowes Inc | 7100-000 | $1.44 | $3,803.28 | $3,803.28 | $0.00 |
| 53 | N. Gil Electric Company | 7100-000 | $22,898.00 | $22,898.00 | $22,898.00 | $0.00 |
| 54U | Michael A. Crabtree c/o Charles W. Gilligan, Esquire | 7100-000 | $0.00 | $547,993.96 | $547,993.96 | $0.00 |
| 55-2 | Miner Ltd. d.b.a. House of Doors | 7100-000 | $681.01 | $1,905.23 | $1,905.23 | $0.00 |

| 57 | Powers of Arkansas, Inc. c/o Ryan J. Caststeel HOPKINS CASTSTEEL PLC | 7100-000 | $50,889.99 | $106,580.98 | $106,580.98 | $0.00 |
|---|---|---|---|---|---|---|
| 58 | BMW Financial Services Attn: Customer Accounting | 7100-000 | $144,880.00 | $91,029.74 | $91,029.74 | $0.00 |
| 59 | BMW Financial Services Attn: Customer Accounting | 7100-000 | NA | $25,202.14 | $25,202.14 | $0.00 |
| 60 | Bronco Electric, Inc. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 61 | Bronco Electric, Inc. | 7100-000 | $6,671.43 | $9,511.42 | $9,511.42 | $0.00 |
| 62 | SCHINDLER ELEVATOR CORP | 7100-000 | $52,900.80 | $101,543.67 | $101,543.67 | $0.00 |
| 63 | Waste Management c/o Jacquolyn Mills | 7100-000 | $64,040.78 | $104,307.73 | $104,307.73 | $0.00 |
| 64 | Forward Financing, LLC | 7100-000 | $373,750.00 | $128,013.19 | $128,013.19 | $0.00 |
| 65 | Wind Stream Enterprise | 7100-000 | $209.61 | $360.76 | $360.76 | $0.00 |
| 66-2 | Business & Technology Law Group c/o Christopher S. Young, Esq. | 7100-000 | $17,562.00 | $23,202.10 | $23,202.10 | $0.00 |
| 68 | BMW Financial Services Attn: Customer Accounting | 7100-000 | NA | $25,673.66 | $25,673.66 | $0.00 |
| 69 | Southwest Dispatch Center, LP | 7100-000 | $140.00 | $358.46 | $358.46 | $0.00 |
| 70 | Cellco Partnership d/b/a Verizon Wireless William M Vermette | 7100-000 | $17,283.76 | $75,877.75 | $75,877.75 | $0.00 |
| 71 | Atlas Acquisitions LLC | 7100-000 | NA | $90,845.31 | $90,845.31 | $0.00 |
| 72 | PETRO SUPPLY | 7100-000 | $2,137.00 | $2,137.00 | $2,137.00 | $0.00 |
| 73 | OLS Maintenance Supply | 7100-000 | $25,650.54 | $42,944.87 | $42,944.87 | $0.00 |
| 73-2 | OLS Maintenance Supply | 7100-000 | NA | $42,944.87 | $42,944.87 | $0.00 |

| 74 | Control and Equipment Company | 7200-000 | $5,776.31 | $5,776.31 | $5,776.31 | $0.00 |
|---|---|---|---|---|---|---|
| 75 | Hartford Fire Insurance Company | 7200-000 | NA | $67,678.00 | $67,678.00 | $0.00 |
| N/F | 1-A Fire & Domestic Testing | 7100-000 | $503.01 | NA | NA | NA |
| N/F | 5-H Services Inc. | 7100-000 | $1,323.45 | NA | NA | NA |
| N/F | A & A Electric Co. of BMT, Inc | 7100-000 | $706.16 | NA | NA | NA |
| N/F | A & A Glass | 7100-000 | $1,072.69 | NA | NA | NA |
| N/F | A.R.C. Power-Line Construction, LLC | 7100-000 | $243.70 | NA | NA | NA |
| N/F | A/C Supply Company Inc | 7100-000 | $1,680.32 | NA | NA | NA |
| N/F | ABC Supply Company, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | ADS Systems, Inc. | 7100-000 | $620.10 | NA | NA | NA |
| N/F | APEX CONTROLS 1, LLC | 7100-000 | $388.78 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $1,265.67 | NA | NA | NA |
| N/F | Ace Alarm & Communications, LLC | 7100-000 | $7,313.99 | NA | NA | NA |
| N/F | Advanced Door Service | 7100-000 | $9,961.19 | NA | NA | NA |
| N/F | Air Filter Maintenance, Inc | 7100-000 | $2,490.12 | NA | NA | NA |
| N/F | Air Filters, Inc. | 7100-000 | $1,057.27 | NA | NA | NA |
| N/F | Air-Nu Filters | 7100-000 | $10,007.04 | NA | NA | NA |
| N/F | Aireco Supply, Inc. c/o Issa G. Ziadeh | 7100-000 | $3,673.49 | NA | NA | NA |
| N/F | Alan Pikula | 7100-000 | $0.00 | NA | NA | NA |
| N/F | All Electric Supply Inc. | 7100-000 | $1,302.83 | NA | NA | NA |

| N/F | All Type Roofing, Inc. | 7100-000 | $20,986.66 | NA | NA | NA |
|-----|------------------------|----------|------------|-----|-----|-----|
| N/F | Alltemp Insulations | 7100-000 | $13,252.50 | NA | NA | NA |
| N/F | Alsco | 7100-000 | $344.40 | NA | NA | NA |
| N/F | American Linen & Uniform Supply | 7100-000 | $3,219.53 | NA | NA | NA |
| N/F | Ameritel Corporation | 7100-000 | $611.57 | NA | NA | NA |
| N/F | Angelos Enterprises | 7100-000 | $6,199.00 | NA | NA | NA |
| N/F | AnswerNet | 7100-000 | $31.00 | NA | NA | NA |
| N/F | Apex Engineering Products Corporation | 7100-000 | $167.65 | NA | NA | NA |
| N/F | ArkLaTex Mechanical Service, LLC | 7100-000 | $3,150.08 | NA | NA | NA |
| N/F | Arkansas Filter,Inc. | 7100-000 | $674.30 | NA | NA | NA |
| N/F | Atlantic Services, Inc. | 7100-000 | $7,445.00 | NA | NA | NA |
| N/F | Atlas Hose & Gasket Co., LLC | 7100-000 | $601.52 | NA | NA | NA |
| N/F | Automatic Protection Systems | 7100-000 | $174.75 | NA | NA | NA |
| N/F | BUD GRIFFIN CUSTOMER SUPPORT | 7100-000 | $832.00 | NA | NA | NA |
| N/F | Baxter Clean Care | 7100-000 | $4,249.05 | NA | NA | NA |
| N/F | Ben Maines Air Conditioning Inc | 7100-000 | $2,547.26 | NA | NA | NA |
| N/F | Bernhard Mechanical Contractors, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Best Plumbing Specialties, Inc. | 7100-000 | $5,984.32 | NA | NA | NA |
| N/F | Binswanger Enterprises, LLC | 7100-000 | $4,966.85 | NA | NA | NA |
| N/F | Blackmon-Mooring Steamatic | 7100-000 | $785.00 | NA | NA | NA |

| N/F | Blue Flash Sewer Service | 7100-000 | $1,285.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Buck Kreihs Marine Repair, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Buckeye Cleaning Centers | 7100-000 | $48.00 | NA | NA | NA |
| N/F | Bureau of Revenue Collections | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Burke Industries | 7100-000 | $7,050.00 | NA | NA | NA |
| N/F | Burlington County Probation Division, | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Burlington Metals, LLC. | 7100-000 | $4,750.00 | NA | NA | NA |
| N/F | Business Merchant Funding | 7100-000 | $187,375.00 | NA | NA | NA |
| N/F | C. N. Robinson Lighting Supply | 7100-000 | $662.11 | NA | NA | NA |
| N/F | C.O.P.S. Monitoring | 7100-000 | $1,916.26 | NA | NA | NA |
| N/F | CHOLIN CORP., INC. | 7100-000 | $628.75 | NA | NA | NA |
| N/F | CNA Insurance Companies | 7100-000 | $561.00 | NA | NA | NA |
| N/F | CPR Services | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Canon Financial Services, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capp, Inc. | 7100-000 | $16,028.63 | NA | NA | NA |
| N/F | Carson K.C. Mok, Consulting Engineer, P. | 7100-000 | $2,250.00 | NA | NA | NA |
| N/F | Cavalier Business Communications | 7100-000 | $115.99 | NA | NA | NA |
| N/F | Champion Rentals, Inc. | 7100-000 | $171.25 | NA | NA | NA |
| N/F | Charles D. Lynn | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Charles King | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase Auto Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chemtreat, Inc. | 7100-000 | $2,518.58 | NA | NA | NA |
| N/F | Chimes DC, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cintas Corporation - 061,100,287 | 7100-000 | $6,075.91 | NA | NA | NA |
| N/F | City of Sherman | 7100-000 | $1,225.64 | NA | NA | NA |
| N/F | City of Tyler | 7100-000 | $2,723.35 | NA | NA | NA |
| N/F | Coastal Sprinkler Co., Inc. | 7100-000 | $9,156.07 | NA | NA | NA |
| N/F | Coburn Supply Company, Inc. | 7100-000 | $69.57 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $920.86 | NA | NA | NA |
| N/F | Commonwealth of VA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comptroller of MD | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comptroller of TX | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Concord Mechanical Inc | 7100-000 | $8,009.76 | NA | NA | NA |
| N/F | Control Products | 7100-000 | $67.05 | NA | NA | NA |
| N/F | Corrigo, Inc. | 7100-000 | $639.45 | NA | NA | NA |
| N/F | Coyote Cabling LLC | 7100-000 | $71.49 | NA | NA | NA |
| N/F | Crespo's Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Crystal Springs | 7100-000 | $62.00 | NA | NA | NA |
| N/F | Culligan Water Conditioning | 7100-000 | $25.39 | NA | NA | NA |
| N/F | Cummins Mid-South L.L.C. | 7100-000 | $32,581.65 | NA | NA | NA |
| N/F | DCIM Solutions, LLC | 7100-000 | $382.82 | NA | NA | NA |

| N/F | DVL Group, Inc. | 7100-000 | $235.91 | NA | NA | NA |
| N/F | Darragh Company | 7100-000 | $528.67 | NA | NA | NA |
| N/F | Datamax AR Leasing | 7100-000 | $241.09 | NA | NA | NA |
| N/F | David's Roofing and Remodeling | 7100-000 | $250.00 | NA | NA | NA |
| N/F | DelVal Equipment | 7100-000 | $1,106.17 | NA | NA | NA |
| N/F | Dennis Canlas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Design Security Controls | 7100-000 | $1,077.00 | NA | NA | NA |
| N/F | DiMar Systems | 7100-000 | $576.46 | NA | NA | NA |
| N/F | District of Columbia | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Dowlin Electric | 7100-000 | $20,900.00 | NA | NA | NA |
| N/F | Dudley Burruss | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Duff Company | 7100-000 | $375.06 | NA | NA | NA |
| N/F | Dygent Gates | 7100-000 | $3,525.00 | NA | NA | NA |
| N/F | EMERGENCY SYSTEMS SERVICE CO. | 7100-000 | $1,182.15 | NA | NA | NA |
| N/F | Eagle Insulation | 7100-000 | $49.30 | NA | NA | NA |
| N/F | Eastcoast Elevator Services, LLC | 7100-000 | $52,150.00 | NA | NA | NA |
| N/F | Ecosave Automation Inc. | 7100-000 | $15,568.80 | NA | NA | NA |
| N/F | Edwin L. Heim Co. | 7100-000 | $160.00 | NA | NA | NA |
| N/F | Electrical Power Systems Inc. | 7100-000 | $1,050.00 | NA | NA | NA |
| N/F | Emcor Services | 7100-000 | $668.00 | NA | NA | NA |
| N/F | Empire Funding | 7100-000 | $38,000.00 | NA | NA | NA |

| N/F | Entech Sales & Services, Inc. | 7100-000 | $12,465.00 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Enterprise Electric Company | 7100-000 | $780.00 | NA | NA | NA |
| N/F | Everest Business Funding | 7100-000 | $99,666.00 | NA | NA | NA |
| N/F | FERRARA'S HEATING & AIR CO., I | 7100-000 | $698.08 | NA | NA | NA |
| N/F | FOUR WINDS MECHANICAL | 7100-000 | $970.50 | NA | NA | NA |
| N/F | Facility Solutions Group | 7100-000 | $6,716.68 | NA | NA | NA |
| N/F | Fairborn Equipment Company Inc | 7100-000 | $25,465.00 | NA | NA | NA |
| N/F | Fairborn Mid Atlantic | 7100-000 | $777.50 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $153.02 | NA | NA | NA |
| N/F | Ferguson Enterprises, Inc. | 7100-000 | $1,932.75 | NA | NA | NA |
| N/F | Filtrine Manufacturing Company | 7100-000 | $610.84 | NA | NA | NA |
| N/F | Fire Safety Association, LLC | 7100-000 | $324.94 | NA | NA | NA |
| N/F | Firetrol Protection Systems, Inc. | 7100-000 | $29,985.34 | NA | NA | NA |
| N/F | Fleming Controls & Power Specialities | 7100-000 | $141.05 | NA | NA | NA |
| N/F | Fort Bend Mechanical, Ltd. | 7100-000 | $20,917.80 | NA | NA | NA |
| N/F | Fraser Advanced Information Systems | 7100-000 | $1,332.99 | NA | NA | NA |
| N/F | Freedom Southwest LLC | 7100-000 | $3,752.72 | NA | NA | NA |
| N/F | Freestate Electrical Service | 7100-000 | $708.00 | NA | NA | NA |
| N/F | Friedman Electric Supply | 7100-000 | $1,612.90 | NA | NA | NA |

| N/F | G&M Electric Sales Co., Inc. | 7100-000 | $9,370.00 | NA | NA | NA |
| N/F | Gravograph | 7100-000 | $180.10 | NA | NA | NA |
| N/F | Green's Lawn Care | 7100-000 | $965.00 | NA | NA | NA |
| N/F | Gulf Coast Boiler Service Co. | 7100-000 | $2,464.20 | NA | NA | NA |
| N/F | H.B. McClure Company | 7100-000 | $5,337.00 | NA | NA | NA |
| N/F | HAI Integrated Building Services, Inc. | 7100-000 | $20,000.00 | NA | NA | NA |
| N/F | HD SUPPLY FACILITIES MAINTENAN | 7100-000 | $88.20 | NA | NA | NA |
| N/F | HOP Capital | 7100-000 | $187,375.00 | NA | NA | NA |
| N/F | Hanover Uniform Company | 7100-000 | $583.91 | NA | NA | NA |
| N/F | Harford Electrical Testing Company, Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Harry Kirby | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Herman Goldner, Inc. | 7100-000 | $14,615.00 | NA | NA | NA |
| N/F | Honeywell International Inc | 7100-000 | $35,645.80 | NA | NA | NA |
| N/F | Houston Bearing & Supply Co., Inc. | 7100-000 | $2,521.23 | NA | NA | NA |
| N/F | I.C.B.S. LLC | 7100-000 | $2,500.00 | NA | NA | NA |
| N/F | IDN-Acme Inc. | 7100-000 | $173.19 | NA | NA | NA |
| N/F | Ideal Lighting | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Inquiries, Inc. | 7100-000 | $30.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Interstate All Battery Center | 7100-000 | $16.35 | NA | NA | NA |

| N/F | Interstate Batteries of Arkansas | 7100-000 | $43.39 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | J.A. Sexauer | 7100-000 | $870.05 | NA | NA | NA |
| N/F | James Wood, Jr. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jason Earl | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jefferson Battery Co., Inc. | 7100-000 | $2,877.45 | NA | NA | NA |
| N/F | Jefferson Sprinkler, Inc | 7100-000 | $15,725.00 | NA | NA | NA |
| N/F | Joe W. Fly Co. | 7100-000 | $525.50 | NA | NA | NA |
| N/F | John Del Vecchio | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Johnson Controls Security Solutions | 7100-000 | $876.75 | NA | NA | NA |
| N/F | Johnson Supply | 7100-000 | $283.75 | NA | NA | NA |
| N/F | Johnstone Supply | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Johnstone of New Orleans | 7100-000 | $3.02 | NA | NA | NA |
| N/F | Kele, Inc. | 7100-000 | $108.08 | NA | NA | NA |
| N/F | Kelley Brothers, LLC | 7100-000 | $215.00 | NA | NA | NA |
| N/F | Kensol Airways | 7100-000 | $350.00 | NA | NA | NA |
| N/F | Kevin C. McGuire | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Kroff Chemical Company, Inc. | 7100-000 | $24,750.00 | NA | NA | NA |
| N/F | Kubota Tractor Corporation | 7100-000 | $28,000.00 | NA | NA | NA |
| N/F | L&WSupply c/o Corporation Service Company | 7100-000 | $56.82 | NA | NA | NA |
| N/F | LJC Lighting Supply Company | 7100-000 | $1,494.49 | NA | NA | NA |

| N/F | LUBRICATION ENGINEERS, INC. | 7100-000 | $1,768.36 | NA | NA | NA |
|-----|------|------|------|------|------|------|
| N/F | Lannick Construction | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Loan Me | 7100-000 | $71,889.00 | NA | NA | NA |
| N/F | MITCHELL'S LOCK & SAFE CO.,INC | 7100-000 | $32.25 | NA | NA | NA |
| N/F | ML Factors | 7100-000 | $0.00 | NA | NA | NA |
| N/F | MSC Industrial Supply Company. Inc. | 7100-000 | $63.12 | NA | NA | NA |
| N/F | Mac's Restoration LLC | 7100-000 | $510.15 | NA | NA | NA |
| N/F | Mark's Plumbing Parts | 7100-000 | $1,875.11 | NA | NA | NA |
| N/F | Matthew Leonard | 7100-000 | $0.00 | NA | NA | NA |
| N/F | McMaster Carr | 7100-000 | $3,650.88 | NA | NA | NA |
| N/F | Mebro c/o Frank E. Noyes, II | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mercer Group International | 7100-000 | $599.00 | NA | NA | NA |
| N/F | Mike Marley | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mike's Landscaping Services | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Mine Safety Appliances Company | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Monster Worldwide, Inc. | 7100-000 | $194.00 | NA | NA | NA |
| N/F | Motion Industries | 7100-000 | $268.22 | NA | NA | NA |
| N/F | Mr. Rooter Plumbing | 7100-000 | $553.81 | NA | NA | NA |
| N/F | Mr. ShrinkWrap | 7100-000 | $1,250.33 | NA | NA | NA |
| N/F | NORTHERN TOOL & EQUIPMENT CO. | 7100-000 | $70.19 | NA | NA | NA |

| N/F | National Battery Co. | 7100-000 | $1,530.00 | NA | NA | NA |
|-----|----------------------|----------|-----------|----|----|----|
| N/F | Nationwide Credit | 7100-000 | $1,689.00 | NA | NA | NA |
| N/F | NextWave Solutions | 7100-000 | $510.00 | NA | NA | NA |
| N/F | Oliver Fire Protection & Security | 7100-000 | $2,945.65 | NA | NA | NA |
| N/F | Oliver Plumbing Incorporated | 7100-000 | $0.00 | NA | NA | NA |
| N/F | On Demand Business Equipment | 7100-000 | $304.96 | NA | NA | NA |
| N/F | OnDeck Capital | 7100-000 | $290,000.00 | NA | NA | NA |
| N/F | One Call Plumbing LLC | 7100-000 | $290,000.00 | NA | NA | NA |
| N/F | Overhead Door Beaumont | 7100-000 | $280.79 | NA | NA | NA |
| N/F | Overhead Door Co. of Houston | 7100-000 | $1,946.00 | NA | NA | NA |
| N/F | Overhead Door Corporation | 7100-000 | $2,884.06 | NA | NA | NA |
| N/F | Overhead Door of New Orleans | 7100-000 | $705.00 | NA | NA | NA |
| N/F | PBS Capital | 7100-000 | $0.00 | NA | NA | NA |
| N/F | PERSONNEL CONCEPTS LIMITED | 7100-000 | $277.39 | NA | NA | NA |
| N/F | PRECISION PSI INC. | 7100-000 | $218.00 | NA | NA | NA |
| N/F | Paul Whitman | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Payroll Funding c/o Heidi Sue Kenny | 7100-000 | $100,054.00 | NA | NA | NA |
| N/F | Pennsylvania Equipment Sales | 7100-000 | $7,775.00 | NA | NA | NA |
| N/F | Premium Business Solutions, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pritchett Controls, Inc. | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Pro Steamer | 7100-000 | $2,480.17 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Proton Electric | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Purvis Industries, LTD. | 7100-000 | $949.19 | NA | NA | NA |
| N/F | Pyramid Waterproofing, Inc. | 7100-000 | $15,025.00 | NA | NA | NA |
| N/F | Quality LP Gas | 7100-000 | $2,000.00 | NA | NA | NA |
| N/F | R& R Lawns, Inc | 7100-000 | $1,778.01 | NA | NA | NA |
| N/F | R. E. Michel Company, Inc. | 7100-000 | $300.12 | NA | NA | NA |
| N/F | R.W. Luce Co. | 7100-000 | $35.54 | NA | NA | NA |
| N/F | ROTO-ROOTER SERVICES COMPANY | 7100-000 | $328.00 | NA | NA | NA |
| N/F | Refrigeration and Electric Supply Co. | 7100-000 | $1,630.07 | NA | NA | NA |
| N/F | Rexel Inc. | 7100-000 | $6,455.07 | NA | NA | NA |
| N/F | Rite Choice Uniforms | 7100-000 | $102.12 | NA | NA | NA |
| N/F | River Parish Disposal | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Roessler Equipment Co., Inc. | 7100-000 | $995.00 | NA | NA | NA |
| N/F | Rosen, Sapperstein & Fried lander, LLC | 7100-000 | $35,000.00 | NA | NA | NA |
| N/F | Rudd Contracting Co., Inc. | 7100-000 | $3,763.26 | NA | NA | NA |
| N/F | Rumsey Electric Co. | 7100-000 | $6,879.04 | NA | NA | NA |
| N/F | Rustic Fence Specialists Inc | 7100-000 | $1,398.00 | NA | NA | NA |
| N/F | SECURITY AND DATA TECHNOLOGIES | 7100-000 | $11,848.94 | NA | NA | NA |
| N/F | SSGWWJV, LLC | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Sanders Plumbing, Inc | 7100-000 | $496.33 | NA | NA | NA |
|-----|-----------------------|----------|---------|----|----|----|
| N/F | Sarai Investment Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sarai Services Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Saturn Funding | 7100-000 | $146,000.00 | NA | NA | NA |
| N/F | Scanex, Inc | 7100-000 | $9,852.50 | NA | NA | NA |
| N/F | Schneider Paper Products, Inc. | 7100-000 | $154.44 | NA | NA | NA |
| N/F | Schwegman Office Products/IS | 7100-000 | $112.80 | NA | NA | NA |
| N/F | Sequium Asset Solutions, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Servpro Hockessin, Newark, Wilmington c/o Tara Brown | 7100-000 | $172,430.97 | NA | NA | NA |
| N/F | Shepherd Electric Company | 7100-000 | $2,654.44 | NA | NA | NA |
| N/F | Sherwin Williams Company | 7100-000 | $68.23 | NA | NA | NA |
| N/F | Sherwin-Williams | 7100-000 | $210.12 | NA | NA | NA |
| N/F | Siemen Building Technologies | 7100-000 | $112,732.75 | NA | NA | NA |
| N/F | Simplex Grinnell | 7100-000 | $360.13 | NA | NA | NA |
| N/F | South Jersey Glass & Door Co. | 7100-000 | $8,955.10 | NA | NA | NA |
| N/F | South Texas Boiler Industries | 7100-000 | $8,955.10 | NA | NA | NA |
| N/F | Southwestern Paint Co. | 7100-000 | $1,066.52 | NA | NA | NA |
| N/F | Sprint | 7100-000 | $193.06 | NA | NA | NA |
| N/F | Standard Utility Construction | 7100-000 | $21,623.84 | NA | NA | NA |

| N/F | Stanley Access Technologies | 7100-000 | $2,384.61 | NA | NA | NA |
| N/F | Stanley Steemer of East Texas | 7100-000 | $243.56 | NA | NA | NA |
| N/F | State of Arkansas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Stephens & Company A/C & Heating LLC | 7100-000 | $1,390.00 | NA | NA | NA |
| N/F | StopFire, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Suddenlink Communications | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Suddenlink Communications | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Summit Electric Supply | 7100-000 | $294.44 | NA | NA | NA |
| N/F | Sun City Plumbing & Heating, Inc | 7100-000 | $216.63 | NA | NA | NA |
| N/F | Sunbelt Rentals, Inc. | 7100-000 | $1,033.21 | NA | NA | NA |
| N/F | SupplyWorks | 7100-000 | $848.55 | NA | NA | NA |
| N/F | Tate Engineering Systems, Inc. | 7100-000 | $562.23 | NA | NA | NA |
| N/F | Taylor-Seidenbach, Inc. | 7100-000 | $152.94 | NA | NA | NA |
| N/F | Technical Building Services | 7100-000 | $874.12 | NA | NA | NA |
| N/F | Tekplan Solutions | 7100-000 | $652.13 | NA | NA | NA |
| N/F | Terminix International | 7100-000 | $621.50 | NA | NA | NA |
| N/F | Terminix Processing Center | 7100-000 | $2,063.87 | NA | NA | NA |
| N/F | Teter's Faucet Parts Corp | 7100-000 | $194.40 | NA | NA | NA |
| N/F | Texas Chiller Systems | 7100-000 | $4,385.00 | NA | NA | NA |
| N/F | Texas Comptroller | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Texas Overhead Door Company | 7100-000 | $1,733.00 | NA | NA | NA |
| N/F | The Bugyman Exterminators | 7100-000 | $276.21 | NA | NA | NA |
| N/F | The Standard | 7100-000 | $11,858.00 | NA | NA | NA |
| N/F | Thermal Gas Systems | 7100-000 | $112.00 | NA | NA | NA |
| N/F | Thomas Riffe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Torbik Safe & Lock, Inc. | 7100-000 | $2,745.00 | NA | NA | NA |
| N/F | Total Fire and Safety, Inc. | 7100-000 | $165.00 | NA | NA | NA |
| N/F | Trane HVAC Parts & Supplies | 7100-000 | $2,437.66 | NA | NA | NA |
| N/F | Trane U.S., Inc. | 7100-000 | $878.63 | NA | NA | NA |
| N/F | Tri Dim Filter Corp. | 7100-000 | $6,188.90 | NA | NA | NA |
| N/F | Triple B Cleaning, Inc. | 7100-000 | $1,299.00 | NA | NA | NA |
| N/F | Turner Electric Motor | 7100-000 | $639.01 | NA | NA | NA |
| N/F | Tyco Integrated Security, LLC | 7100-000 | $6,827.71 | NA | NA | NA |
| N/F | US Department of Labor | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Department of Labor | 7100-000 | $0.00 | NA | NA | NA |
| N/F | US Department of the Treasury | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Rentals | 7100-000 | $1,735.23 | NA | NA | NA |
| N/F | United Security Services | 7100-000 | $3,340.02 | NA | NA | NA |
| N/F | Universal Plumbing Supply Company | 7100-000 | $17.17 | NA | NA | NA |
| N/F | VanZandt Controls, LLC | 7100-000 | $3,470.08 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Verizon | 7100-000 | $3,151.32 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Veronica Ciaruffoli | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Virginia Fire Protection | 7100-000 | $37,526.39 | NA | NA | NA |
| N/F | WW Grainger | 7100-000 | $17,792.14 | NA | NA | NA |
| N/F | Warren J. Wiggins | 7100-000 | $4,320.00 | NA | NA | NA |
| N/F | Waste Water Transport Services | 7100-000 | $1,216.80 | NA | NA | NA |
| N/F | Water Treatment Services Inc. | 7100-000 | $16,880.30 | NA | NA | NA |
| N/F | Waukesha-Pearce Industries Inc/ | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Welch's Boiler Service, Inc. | 7100-000 | $4,476.10 | NA | NA | NA |
| N/F | Western States Fire Protection | 7100-000 | $1,879.13 | NA | NA | NA |
| N/F | Wholesale Electric Supply | 7100-000 | $169.83 | NA | NA | NA |
| N/F | Wilmington Glass Co. | 7100-000 | $800.00 | NA | NA | NA |
| N/F | YOU GROW WE MOW | 7100-000 | $1,333.34 | NA | NA | NA |
| N/F | cpfof the International Union of O.E. c/o Charles W. Gilliga | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,263,218.66** | **$3,692,709.01** | **$3,692,709.01** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 20-10840-NVA

**Case Name:** WW Contractors, Incorporated

**For Period Ending:** 09/01/2021

**Trustee Name:** (400580) Morgan W. Fisher

**Date Filed (f) or Converted (c):** 01/22/2020 (f)

**§ 341(a) Meeting Date:** 04/15/2020

**Claims Bar Date:** 07/30/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account - overdrawn $144.00 Account at Farmers and Merchatns Bank, xxxxxx2733 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | checking account - overdrawn $134.00 Account at First National Bank, xxxxxx7738 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Account at 401k accpimt maintained at Charles Schwab for emplyees who have since closure on Oct. 17, 2019, withdrawn their funds | 0.00 | 0.00 | | 0.00 | FA |
| 4 | A/R 90 days old or less. Face amount = $5,500.00. Doubtful/Uncollectible accounts = $0.00. | 5,500.00 | 5,500.00 | | 63,268.93 | FA |
| 5 | 2008 Dodge Ram 210,000 miles in Houston, Texas. | 250.00 | 0.00 | | 0.00 | FA |
| 6 | 2004 Toyota Tundra Truck 180,000 miles in Houston, Texas. | 200.00 | 0.00 | | 0.00 | FA |
| 7 | 2007 Chevy Avalance 130,000 miles. | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 5 cinoyters. | 600.00 | 0.00 | | 0.00 | FA |
| 9 | Canon printer (leased). | 0.00 | 0.00 | | 0.00 | FA |
| 10 | DOL CXontractors License No. 303896661. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2019 Federal and Maryland income tax refunds - estimated | 27,000.00 | 0.00 | | 0.00 | FA |
| 12 | workers' compensation insurance -last day of operaiont: Oct. 17, 2019; policy may have been cancelled | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  20-10840-NVA

**Case Name:**  WW Contractors, Incorporated

**For Period Ending:**  09/01/2021

**Trustee Name:**  (400580) Morgan W. Fisher

**Date Filed (f) or Converted (c):**  01/22/2020 (f)

**§ 341(a) Meeting Date:**  04/15/2020

**Claims Bar Date:**  07/30/2020

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 13 | Claims for funds paid to debtor's payroll services company which failed to pay debtor s employees and failed to disburse taxes and failed to pay pension distributions in the estimated amount of $1,000,000.00; Proof of claim filed April 29, 2019, in Sarai Services Group, Inc.,Chapter 11 CASE NO 18-82948-11 in the U.S. Bankruptcy Court for the Northern District of Alabama, Northern Division; Proof of claim filed April 29, 2019, in Sarai Investment Corp.,Chapter 11 CASE NO 18-82950-11 in the U.S. Bankruptcy Court for the Northern District of Alabama, Northern Division; Proof of claim filed April 29, 2019, in CM Holdings, Inc.,Chapter 11 CASE NO 18-82951-11 in the U.S. Bankruptcy Court for the Northern District of Alabama, Northern Division;, contingent claim due to Chapter 11 filings. Amount Requested: $0.00 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | United Healthcare Insurance Premium Rebate (u) | 8,420.07 | 8,420.07 | | 8,420.07 | FA |
| 15 | BUSINESS-RELATED PROPERTY (u) | 17,997.00 | 17,997.00 | | 17,997.00 | FA |
| 16 | VOID (u)<br>Asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| **16** | **Assets Totals (Excluding unknown values)** | **$60,267.07** | **$31,917.07** | | **$89,686.00** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  20-10840-NVA

**Case Name:**  WW Contractors, Incorporated

**For Period Ending:**  09/01/2021

**Trustee Name:**  (400580) Morgan W. Fisher

**Date Filed (f) or Converted (c):**  01/22/2020 (f)

**§ 341(a) Meeting Date:**  04/15/2020

**Claims Bar Date:**  07/30/2020

**Major Activities Affecting Case Closing:**

04/27/21:  TFR is being prepared

03/05/21:  Order Granting Application For Compensation by Belinger Legal Services, LLC, Counsel to Chapter 7 Trustee,  fees awarded: $8000.00, expenses awarded: $0.00

03/05/21:  Order Granting Application For Compensation by Chapter 7 Trustee RE: Morgan W. Fisher, fees awarded: $7000.00, expenses awarded: $0.00

03/05/21:  Consent Order Motion by Chapter 7 Trustee for Entry of an Order Authorizing Disbursement of Funds in the Estate to First National Bank of Pennsylvania

01/12/21:  Application for Compensation for Joseph Bellinger, Trustee's Attorney, 3/30/2020 - 1/12/2021, Fee: $8000.00, Expenses: $0.0.

01/12/21:  Application for Compensation for Morgan W. Fisher, Trustee Chapter 7, 3/11/2020 - 1/12/2021, Fee: $7000.00, Expenses: $0.00..

01/12/21:  Application to Compromise Controversy with First National Bank of Pennsylvania

12/16/20:  Call with Estate Counsel; sent Form 1&2; reviewing possible tax liability and need to file return for estate.

09/30/20:  The Trustee is investigating the value of the 2019 refunds listed by the Debtor with a value of $27,000. In addition, the Trustee is investigating as possible unscheduled assets a loan from the Debtor to Mr. Wiggins, the 100% owner, of approximately $1 million set forth in the tax returns. In addition, Mr. Wiggins testified as corporate designee that the Debtor paid him rent of $7,555 for use of "office space" in his personal residence. By a demand letter from counsel to the Trustee dated July 10, 2020, demand was made upon the Debtor and Mr. Wiggins to turn over additional information and documents regarding these matters. The value of the possible causes of action related to the shareholder loan and lease payments are unliquidated, and subject to attorney-client privilege and privileged attorney work product.

**Initial Projected Date Of Final Report (TFR):**  12/31/2021

**Current Projected Date Of Final Report (TFR):**  06/21/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 20-10840-NVA | |
| **Case Name:** | WW Contractors, Incorporated | |
| **Taxpayer ID #:** | **-***5622 | |
| **For Period Ending:** | 09/01/2021 | |

| | | |
|---|---|---|
| **Trustee Name:** | Morgan W. Fisher (400580) | |
| **Bank Name:** | East West Bank | |
| **Account #:** | ******0035 Checking | |
| **Blanket Bond (per case limit):** | $3,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/01/20 | {14} | UnitedHealthcare Insurance Co | Insurance Premium Rebate | 1229-000 | 8,420.07 | | 8,420.07 |
| 05/14/20 | {15} | HAI-WW, LLC | Ending Balance of Capital Account in HAI-WW, LLC | 1229-000 | 2,885.00 | | 11,305.07 |
| 05/14/20 | {4} | HAI-WW, LLC | Work Performed 10-1-2017 | 1121-000 | 63,268.93 | | 74,574.00 |
| 05/29/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 59.21 | 74,514.79 |
| 06/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 127.04 | 74,387.75 |
| 07/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 122.85 | 74,264.90 |
| 08/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 114.74 | 74,150.16 |
| 09/08/20 | {15} | Travelers Property Casualty Ins | Insurance Premium Refund | 1229-000 | 15,112.00 | | 89,262.16 |
| 09/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 143.33 | 89,118.83 |
| 10/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 142.44 | 88,976.39 |
| 11/30/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 137.47 | 88,838.92 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 156.21 | 88,682.71 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 137.38 | 88,545.33 |
| 02/25/21 | 101 | SeibertKeck Insurance Partners | Bond premium payment for invoice #634379 | 2300-000 | | 52.81 | 88,492.52 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 132.45 | 88,360.07 |
| 03/05/21 | 102 | Morgan W. Fisher | Trustee Compensation per Order Doc #107 | 2100-000 | | 7,000.00 | 81,360.07 |
| 03/05/21 | 103 | Joseph J. Bellinger | Attorney for Trustee Fee per Order Doc 108 | 3210-000 | | 8,000.00 | 73,360.07 |
| 03/05/21 | 104 | First National Bank of Pennsylvania | Balance of Estate Funds paid to secured creditor per Consent Order Doc #106 | | | 73,360.07 | 0.00 |
| | | First National Bank of Pennsylvania c/o David Fontana Gebhardt & Smith LLP | Balance of Estate Funds paid to secured creditor per Consent Order Doc #106    $64,236.23 | 4210-000 | | | |
| | | First National Bank of Pennsylvania c/o David Fontana Gebhardt & Smith LLP | Balance of Estate Funds paid to secured creditor per Consent Order Doc #106    $9,123.84 | 4210-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 89,686.00 | 89,686.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 89,686.00 | 89,686.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $89,686.00 | $89,686.00 | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

**Case No.:** 20-10840-NVA

**Case Name:** WW Contractors, Incorporated

**Taxpayer ID #:** **-***5622

**For Period Ending:** 09/01/2021

**Trustee Name:** Morgan W. Fisher (400580)

**Bank Name:** East West Bank

**Account #:** ******0035 Checking

**Blanket Bond (per case limit):** $3,000,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0035 Checking | $89,686.00 | $89,686.00 | $0.00 |
| | **$89,686.00** | **$89,686.00** | **$0.00** |